**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

H-D U.S.A., LLC,

        Plaintiff,

v.

L493935820 STORE, et al.,

        Defendants.

Case No. 19-cv-06325

**Judge Robert W. Gettleman**

**Magistrate Judge Jeffrey Cole**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff H-D U.S.A., LLC ("Harley-Davidson" or "Plaintiff") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| LDMET Official Store | 5 |
| Liao Fu Ji Store | 8 |
| MC Patch Store | 17 |
| MFS MOTOR Official Store | 18 |
| MoFlyeer Autoparts Store | 20 |
| MotoLovee Store | 26 |
| Motoparts Store | 27 |
| Recordar Espacio Luoze Store | 52 |
| Shop3985023 Store | 81 |
| Shop4381071 Store | 86 |
| We Fit Store | 139 |
| ZOZ AutoMoto Parts | 157 |

Dated this 18th day of November 2019.  Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff H-D U.S.A., LLC*